**ROANNE L. MANN**
**UNITED STATES MAGISTRATE JUDGE**

DATE: Jan. 15, 2014
START: 3:40 p.m.
END: 3:55 pm

DOCKET NO: 13-CV-4555 (RRM)

CASE: Elgin v. Maderick, et al.

✓ INITIAL CONFERENCE
___ DISCOVERY CONFERENCE
___ SETTLEMENT CONFERENCE
___ OTHER/ORDER TO SHOW CAUSE
___ FINAL/PRETRIAL CONFERENCE
___ TELEPHONE CONFERENCE

FOR PLAINTIFF: Baree Fett

FOR DEFENDANT: Vicki Zgoday

FACT DISCOVERY TO BE COMPLETED BY June 30, 2014
✓ NEXT Settlement CONFERENCE SCHEDULED FOR March 18, 2014 at 2:00 pm
___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
___ PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Automatic disclosures are complete. Pleadings may be amended and new parties added until March 3, 2014.